| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Albert R. Limberg, Esq. (SBN 211110)<br>Sessions, Fishman, Nathan & Israel, LLP<br>1545 Hotel Circle South, Suite 150<br>San Diego, CA 92108-3426<br>Tel: 619-758-1891<br>Fax: 619-296-2013<br>alimberg@sessions-law.biz | FILED<br>2013 SEP 16  PM 4:08<br>CLERK U.S. DISTRICT COURT<br>CENTRAL DIST. OF CALIF.<br>LOS ANGELES<br>BY_____ |

ATTORNEY(S) FOR: NCO Financial Systems, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| John Jacobs<br>          Plaintiff(s),<br>v.<br>NCO Financial Systems, Inc., DOES 1 through 10, inclusive,<br>          Defendant(s) | CV13 06822 MWF (JCGx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____NCO Financial Systems, Inc._____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NCO Financial Systems, Inc. | Defendant |
| Compass International Services Corporation | Whole Owner of NCO Financial Systems, Inc. |
| Expert Global Solutions f/k/a NCO Group, Inc. | Whole Owner of Compass International Services Corp. |
| EGS Holdings, Inc. | Parent Corporation of above-referenced entities |

9/12/13
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Albert R. Limberg

CV-30 (05/13)              NOTICE OF INTERESTED PARTIES

CASE NAME: John Jacobs v. NCO Financial Systems, Inc.
CASE NO:    TBD

## PROOF OF SERVICE

I, the undersigned, hereby certify that I am a citizen of the United States, over the age of 18 years and not a party to the within action; my business address is 1545 Hotel Circle South, Suite 150, San Diego, California 92108. I served the following:

Certification and Notice of Interested Parties

( x )   BY U.S. MAIL

I served a true and correct copy of the above-named documents by mail by placing the same in a sealed envelope with postage fully prepaid, and depositing said envelope in the U.S. mail at San Diego, California. Said envelope(s) was/were addressed as listed hereafter:

( )   BY FACSIMILIE MACHINE

I caused to be transmitted by facsimile machine a true copy of the above-named documents to the below listed. Attached hereto is the Confirmation Report confirming the status of the transmission.

( )   BY PERSONAL SERVICE

I caused to be served by hand a true copy of the above named document as listed hereafter.

( )   BY COURT'S CM/ECF ELECTRONIC FILING SERVER

I served on the interested parties in this action through their attorney's, as stated below, who have agreed to accept electronic service in this matter, by electronically filing and serving said documents via the Court's CM/ECF electronic filing server.

Paul Mankin, Esq.
Law Office of L. Paul Mankin, IV
8730 Wilshire Blvd., Suite 310
Beverly Hills, CA 90211

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: 9/12/13

Ann M. Coito