Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:  619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JACOBS,<br><br>             Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC. and DOES 1 through 10, inclusive,<br><br>             Defendant. | Case No.  CV13 06822 MWF (JCGx)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)<br><br>Complaint served: August 14, 2013<br>Current response date: October 4, 2013<br>New response date: October 18, 2013 |

///
///
///
///
///
///

Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days (L.R. 8-3)

1

It is hereby stipulated by Plaintiff John Jacobs and Defendant NCO Financial Systems, Inc. ("NCO"), through undersigned counsel that NCO shall have an extension of time to respond to the complaint, up to and including October 18, 2013.

This stipulation does not extend the time to respond by more than a cumulative total of thirty (30) days from the date NCO's response initially would have been due.

IT IS SO STIPULATED.

Dated: 10/4/13                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

                                  */s/ Albert R. Limberg*
                                  Albert R. Limberg
                                  Attorney for
                                  NCO Financial Systems, Inc.


Dated: 10/4/13                    THE LAW OFFICES OF L. PAUL MANKIN

                                  */s/Paul Mankin*
                                  L. Paul Mankin
                                  Attorney for
                                  John Jacobs

Stipulation To Extend Time To Respond To Initial Complaint By Not More Than 30 Days (L.R. 8-3)