Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JACOBS, | ) Case No.  CV13 06822 MWF (JCGx) |
| Plaintiff, | ) |
| vs. | ) STIPULATION TO DISMISS ENTIRE<br>) ACTION WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC.<br>and DOES 1 through 10, inclusive, | ) |
| Defendant. | ) |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Stipulation to Dismiss Entire Action with Prejudice

1

Plaintiff John Jacobs and Defendant NCO Financial Systems, Inc., through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1).   Each side will bear their own fees and costs.

Respectfully submitted,

Dated: 10/17/13                    SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.


/s/ Albert R. Limberg
Albert R. Limberg
Attorney for
NCO Financial Systems, Inc.


Dated: 10/17/13                    THE LAW OFFICES OF L. PAUL MANKIN


/s/ L. Paul Mankin
L. Paul Mankin
Attorney for
John Jacobs