Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Ste. 150
San Diego, CA  92108-3426
Tel:   619/758-1891
Fax:   619/296-2013
dkirkpatrick@sessions-law.biz
alimberg@sessions-law.biz

JS-6

Attorneys for Defendant NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN JACOBS,<br><br>             Plaintiff,<br><br>      vs.<br><br>NCO FINANCIAL SYSTEMS, INC.<br>and DOES 1 through 10, inclusive,<br><br>             Defendant. | Case No.  CV13 06822 MWF (JCGx)<br><br>ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE |

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation to Dismiss Entire Action with Prejudice

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based on the Stipulation to Dismiss Entire Action with Prejudice by Plaintiff John Jacobs and Defendant NCO Financial Systems, Inc., the above-captioned action is hereby dismissed in its entirety with prejudice. Each side will bear their own fees and costs.

**IT IS SO ORDERED.**

Dated: October 18, 2013   _____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE